```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                        :
JUAN TUY,                                                               :
                                                                        :
                              Plaintiff,                                :
                                                                        :       20-CV-5230 (JPC)
              -v-                                                       :
                                                                        :          ORDER
MAJOR CLEANING, INC. and ADELSON DE SOUZA,                              :
                                                                        :
                              Defendants.                               :
                                                                        :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/9/2020

JOHN P. CRONAN, United States District Judge:

The parties have informed the Court that they reached a settlement in principle. Dkt. 22. The Initial Pretrial Conference scheduled for December 15, 2020 at 3:00 p.m. is adjourned *sine die*.

The parties shall submit a proposed settlement agreement for any claims that require Court approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), by January 29, 2021. Any extension request shall be made in accordance with 3.B of the Court's Individual Rules.

The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 22.

SO ORDERED.

Dated: December 9, 2020
       New York, New York

_____
JOHN P. CRONAN
United States District Judge